Silver Acupuncture, P.C. v GEICO (Gov. Employees) (2021 NY Slip Op
51164(U))

[*1]

Silver Acupuncture, P.C. v GEICO (Gov. Employees)

2021 NY Slip Op 51164(U) [73 Misc 3d 138(A)]

Decided on November 19, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 19, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : DAVID ELLIOT, J.P., MICHELLE WESTON, DONNA-MARIE E. GOLIA,
JJ

2020-703 K C

Silver Acupuncture, P.C., as Assignee of
Vibert Alexander, Appellant, 
against
GEICO (Gov. Employees), Respondent. 

Kopelevich & Feldsherova, P.C. (David Landfair of counsel), for appellant.
Law Office of Goldstein Flecker & Hopkins (Lawrence J. Chanice of counsel), for
respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Matthew P.
Blum, J.), entered February 21, 2020. The order granted defendant's motion to dismiss the
complaint pursuant to CPLR 3216.

ORDERED that the order is affirmed, with $25 costs.
For the reasons stated in Silver
Acupuncture, P.C. v GEICO Gen. Ins. Co. (72 Misc 3d 140[A], 2021 NY Slip Op
50833[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2021]) and Silver
Acupuncture, P.C., as Assignee of Laura Brown v GEICO (Gov. Employees) (___
Misc 3d ____, 2021 NY Slip Op ____ [appeal No. 2020-700 K C], decided herewith), the order
is affirmed.
ELLIOT, J.P., WESTON and GOLIA, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 19, 2021